UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIMON GOTLIEB<br>on behalf of himself and all<br>others similarly situated,<br>    Plaintiffs,<br><br>VS.<br><br>LTD FINANCIAL SERVICES, L.P.,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CASE NO. 1:11-cv-04536-WFK-LB |

### ORDER DISMISSING CASE

ON THIS DAY came on to be heard Plaintiff's Motion to Dismiss. The Court finds that such motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the above-entitled and numbered action (together with all pending matters) is hereby dismissed with prejudice as to Plaintiff Shimon Gotlieb and without prejudice as to the unnamed putative class members. The parties shall bear their own costs. All other relief is denied. This is a final judgment and the Clerk shall close the file.

SIGNED this 12th day of March, 2012.      s/WFK

JUDGE PRESIDING
U.S.D.J.

APPROVED AS TO FORM:

/s/ Kevin Evont Bowens
Kevin Evont Bowens
ATTORNEY FOR DEFENDANT

/s/ Adam Jon Fishbein
Adam Jon Fishbein
ATTORNEY FOR PLAINTIFF